UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HON LAU, | No. C 09-5865 RS (PR) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| MIKE EVANS, Warden, | |
| Defendant. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. The action was transferred to this Court on December 16, 2009. Plaintiff still has not paid the filing fee, nor has he filed a complete application to proceed *in forma pauperis* ("IFP"). Plaintiff's IFP application is incomplete because he had not submitted a prison trust account statement showing transactions for the last six months, and he has not submitted a certificate of funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice to plaintiff's filing a complete IFP application, or paying the filing fee of $350.00.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED**.

DATED: June 10, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-5865 RS (PR)
ORDER OF DISMISSAL